AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

JOSEPH D. OLVERA, MARIA L. OLVERA, MARIA G.
OLVERA, TINA M. OLVERA, ESPERANZA LOPEZ,

Plaintiffs,

v.

R. TUCKER, MICHAEL HISEY, ERIC HORBATKO,
MATTHEW STEADMAN,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-3015-TOR

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED that Defendant Michael Hisey's Motion for Summary Judgment Re: Claims of Esperanza Lopez is granted and Plaintiff Esperanza Lopez's claims against Defendant Hisey are Dismissed with prejudice. Judgment is entered in favor of Michael Hisey.

October 3, 2012
_____
*Date*

JAMES R. LARSEN
_____
*Clerk*
  s/ Linda Emerson
_____
*(By) Deputy Clerk*
Linda Emerson