AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

JOSEPH D. OLVERA, MARIA L. OLVERA, MARIA G. OLVERA, TINA M. OLVERA, ESPERANZA LOPEZ,

               Plaintiffs,

v.

R. TUCKER, MICHAEL HISEY, ERIC HORBATKO, MATTHEW STEADMAN,

               Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-12-3015-TOR

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendant Eric Horbatko's Motion for Summary Judgment is granted and Plaintiffs' claims against Defendant Horbatko are Dismissed with prejudice. Judgment is entered in favor of Eric Horbatko.

| | |
|---|---|
| October 3, 2012 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Linda Emerson |
| | *(By) Deputy Clerk* |
| | Linda Emerson |