AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

JOSEPH D. OLVERA, MARIA L. OLVERA,
MARIA G. OLVERA, TINA M. OLVERA,
ESPERANZA LOPEZ,

      Plaintiffs,
      v.

R. TUCKER, MICHAEL HISEY, ERIC
HORBAYKO, MATTHEW STEADMAN,

      Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-12-3015-TOR

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Motion for Summary Judgment filed by defendants R. Tucker and Matthew Steadman is granted. Judgment is entered in favor of Defendants Tucker and Steadman and against plaintiffs.

2/20/2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson